IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02830-PAB

FRANCISCO MIGUEL JULIAN MIGUEL,

     Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora ICE Processing Center,
GEORGE VALDEZ, in his official capacity as Field Officer Director of the Aurora Field Office of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,
DAVID J. VENTURELLA, in his official capacity as Acting Director, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security, and
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 8] of Judge Philip A. Brimmer entered on July 14, 2025, it is

**ORDERED** that Francisco Miguel Julian Miguel's Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief [Docket No. 1] is GRANTED. It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 16th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
    Deputy Clerk